

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00665-CV

Drake A. **GAFFORD**,
Appellant

v.

**FREEDOM MORTGAGE CORPORATION**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW2412714
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant, Drake A. Gafford.

SIGNED December 23, 2025.

Rebeca C. Martinez, Chief Justice